Certification of Judgment (AO 451 Rev - DC 9/29/03)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

APR 2 1 2008

SERVICE EMPLOYEES
INTERNATIONAL UNION NATIONAL
INDUSTRY PENSION FUND, et al.

     Plaintiff(s)

     v.

STAR DETECTIVE & SECURITY
AGENCY INCORPORATED

     Defendant(s)

Civil Action No. **05-2173 (RMC)**

FILED: MAY 13, 2008
08 cv 2777    JH
JUDGE LINDBERG
MAGISTRATE JUDGE KEYS

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action on

_____February 1, 2008_____ , as it appears in the records of this court, and that:

[X]    No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the
Federal Rules of Appellate Procedure has been filed.

[ ]    No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of
the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a
motion having been entered on _____ .

[ ]    An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of
Appeals issued on _____ .

[ ]    An appeal was taken from this judgment and the appeal was dismissed by order entered on
_____ .

IN TESTIMONY WHEREOF,   I sign my name and affix the seal of this Court on

April 17, 2008._____

NANCY MAYER-WHITTINGTON, Clerk

By: _____J. GUMER_____

                               Deputy Clerk

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-2173 (RMC)

## ORDER

Upon consideration of Plaintiffs' Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that judgment be entered in favor of the Service Employees International Union National Industry Pension Fund, and its Trustees as follows:

1.    Defendant shall pay to Plaintiffs the amount of $230,103.97, representing delinquent contributions owed for the January 1, 2000 through March 1, 2006;

2.    Defendant shall further pay to Plaintiffs the amount of $72,942.37, representing interest on the delinquent contributions owed, calculated at the rate of 10% from the date contributions were due until June 1, 2006 and liquidated damages in the amount of $46,020.79, calculated at 20% of the total delinquency;

3.    Defendant shall further pay Plaintiffs the amount of $345.00 for costs incurred by Plaintiffs, provided that Plaintiffs shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order;

4.    The Defendant shall submit to Plaintiffs, no later than December 15, 2006 for January 2000 through present setting forth all compensable hours of all employees covered by the collective bargaining agreements.  Separate reports shall be made for each month.

5.    Defendant shall pay Plaintiffs post-judgment interest at the rate of 10% per annum.

6.  *The Order issued on November 16, 2006 is VACATED.*

*Roxmary M. Colly*

Judge Rosemary M. Collyer

Dated: *1 Feb 2008*

Copy to:

Richard C. Welch
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, NW Suite 400
Washington, DC 20036

Star Detective & Security Agency, Incorporated
813 East 75th Steet
Chicago, IL 60619

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: _____

NANCY MAYER WHITTINGTON, CLERK
By: _____