**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br>v.<br>STAR DETECTIVE & SECURITY AGENCY INCORPORATED. | Case Number:<br>FILED: MAY 13, 2008<br>08 cv 2777    JH<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Service Employees International Union National Industry Pension Fund; and Board of Trustees of the Service Employees International Union National Industry Pension Fund; 1313 L Street, N.W., Washington, D.C. 20005

| |
|---|
| NAME (Type or print)<br>Carrie A. Herschman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Carrie A. Herschman |
| FIRM<br>CORNFIELD AND FELDMAN |
| STREET ADDRESS<br>Suite 1400, 25 East Washington Street |
| CITY/STATE/ZIP<br>Chicago, IL  60602-1803 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283083 | TELEPHONE NUMBER<br>(312) 236-7800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |